IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ST. LOUIS GLASS AND ALLIED INDUSTRIES HEALTH & WELFARE INSURANCE FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GLASS CONCEPTS, INC.,<br><br>    Defendant, | Cause No.: 4:18-cv-666-HEA |

## MOTION TO ENTER CONSENT JUDGMENT

Come now Plaintiffs, by and through their attorney, and for their Motion to Enter Consent Judgment state as follows:

1.  On or about July 3, 2018 this Court entered an Order of Dismissal of Plaintiff's Complaint, in which the parties were to comply with the terms of the Consent Judgement, attached hereto and incorporated herein as Exhibit A.

2.  Since that date, Defendant has failed to comply with the terms of the Consent Judgment in that it has defaulted in making payment to Plaintiffs.

3.  Plaintiffs are requesting this Court enter an Order of Consent Judgement in favor of Plaintiffs and against Defendant.

WHEREFORE, Plaintiffs respectfully request his Court enter and Order of Consent Judgment in favor of Plaintiffs and against Defendant, that Defendant be ordered to pay all costs, including reasonable attorney's fees, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

ST. LOUIS GLASS AND ALLIED INDUSTRIES HEALTH & WELFARE INSURANCE FUND, et al.


/s/ Daniel M. McLaughlin
Daniel M. McLaughlin # 52750MO
710 South Kirkwood Road
Kirkwood, MO 63122
(314) 909-0303 - Telephone
(314) 909-0306 – Facsimile
dan@spectorwolfe.com

Attorney for Plaintiffs




SO ORDERED:

_____

Date:  __October 1, 2018_____

2

## Certificate of Mailing

      I the undersigned certify a true and accurate copy of the above and foregoing was mailed postage pre-paid and sent via e-mail on this 28th day of September, 2018 to:

John Russo  
Glass Concepts, Inc.  
2050 Trade Center Drive East  
St. Peters, Missouri 63376  
jrusso@glassconcepts.biz

                                      /s/ Daniel M. McLaughlin