IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

ST. LOUIS GLASS AND ALLIED       )
INDUSTRIES HEALTH & WELFARE      )
INSURANCE FUND, et al.           )
                                 )
 Plaintiffs,                )
                                 ) Cause No.: 4:18-cv-666-HEA
v.                               )
                                 )
GLASS CONCEPTS, INC.,            )
                                 )
 Defendant,                 )

## ENTRY OF CONSENT JUDGMENT

Come now the parties and stipulate to the following terms of this Consent Judgment:

1. Defendant, Glass Concepts, Inc. will agree that Judgment shall be entered in favor of Plaintiffs, St. Louis Glass and Allied Industries Health & Welfare Insurance Fund, et al., and against Defendant, Glass Concepts, Inc., as to Counts I thru III of Plaintiffs' Complaint, consisting of delinquent contributions owed to Plaintiff's Funds in the amount of Fifty-Six Thousand Nine Hundred Eighteen Dollars and Forty-One Cents ($56,918.41).

2. In consideration of the terms and conditions of this Consent Judgment, Plaintiffs agree that execution on the judgment amount set forth in paragraph 1, above, shall be stayed pending compliance with the terms and conditions set forth herein this Consent Judgment Defendant agrees to pay Plaintiffs' Funds the full amount due and owing within one (1) month of entry of said Consent Judgment or until the judgment is satisfied in full.

3. If the Defendant fails to make a payment when due, Plaintiffs will provide Defendant with written notice of missed payment. If the Defendant does not tender payment within seven (7) days of its receipt of such notice, the entire judgment, less any payments made,

shall become immediately due. If Defendant complies with the payment obligations provided in the Agreement, then payment of that amount shall satisfy this judgment.

4. In the event it becomes necessary to execute on this Consent Judgment, Plaintiff will be entitled to attorney fees and post judgment interest as permitted by law.

5. In the event it becomes necessary to execute on this Stipulation for Consent Judgment, upon receipt of Fifty-Six Thousand Nine Hundred Eighteen Dollars and Forty-One Cents ($56,918.41), representing payment in full of the Consent Judgment, or after final payment under Exhibit A, Plaintiffs will file with the Clerk of the United States District Court for the Eastern District of Missouri an Acknowledgement of Satisfaction of Judgment.

6. All parties shall be responsible for the payment of their own attorney fees.

WHEREFORE, the parties stipulate to entry of a consent judgment according to the above terms.

6/29/18

Respectfully submitted,

ST. LOUIS GLASS AND ALLIED INDUSTRIES HEALTH & WELFARE INSURANCE FUND, et al.

Daniel M. McLaughlin # 52750MO
117 West Woodbine Ave.
Kirkwood, MO 63122
(314) 909-0303 - Telephone
(314) 909-0306 – Facsimile
dan@spectorwolfe.com

Attorney for Plaintiffs

and

2

GLASS CONCEPTS, INC.,

_____  6/29/18
John Russo, President
Glass Concepts, Inc.
2050 Trade Center Drive East
St. Peters, MO 63376
jrusso@glassconcepts.biz

Pro Se Defendant

JOHN RUSSO, an Individual

_____
John Russo, an Individual
2050 Trade Center Drive East
St. Peters, MO 63376
jrusso@glassconcepts.biz

SO ORDERED:

_____

Date: October 10, 2018

3